**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: __________** |
| **v.** | : | **DATE FILED: 9/24/2026** |
| **SIDNEY DYCHES**<br>**a/k/a "Lova"** | :<br>:<br>:<br>:<br>: | **VIOLATION:**<br>**18 U.S.C. § 1594(c) (conspiracy to commit sex trafficking of a minor – 1 count)**<br>**18 U.S.C. §§ 1591(a)(1), (b)(2), (c), and 1594(a) (sex trafficking of a minor, and attempt – 1 count)**<br>**18 U.S.C. § 2 (aiding and abetting)**<br>**Notice of forfeiture** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Minor 1 ("Minor 1"), a person known to the grand jury, was a minor who had not attained the age of 18 years.

2. In or about November 2017 through on or about December 7, 2017, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SIDNEY DYCHES,**
**a/k/a "Lova,"**

conspired and agreed, together and with others known and unknown to the grand jury, in and affecting interstate commerce, to knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain Minor 1, knowing and in reckless disregard of the fact that Minor 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and having had a reasonable opportunity to observe such person, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c).

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

In or about November 2017 through on or about December 7, 2017, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SIDNEY DYCHES,**
**a/k/a "Lova,"**

in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained Minor 1, and aided and abetted the same, and attempted to do so, knowing and in reckless disregard of the fact that Minor 1 was under the age of 18 years and would be caused to engage in a commercial sex act, and having had a reasonable opportunity to observe such a person.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c), 1594(a), and 2.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c), and 1594(a) and (c) set forth in this indictment, defendant

**SIDNEY DYCHES,**
**a/k/a "Lova,"**

shall forfeit to the United States of America:

(a) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of such violations, and any property traceable to such property; and

(b) any property, real or personal, constituting or derived from any proceeds traceable to such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Sections 1594(d) and (e).

**A TRUE BILL:**

[redacted]

**GRAND JURY FOREPERSON**

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

v.

SIDNEY DYCHES
*a/k/a* "Lova"

INDICTMENT

18 U.S.C. § 1594(c) (conspiracy to commit sex trafficking of a minor - 1 count)
18 U.S.C. §§ 1591(a)(1), (b)(2), (c), and 1594(a) (sex trafficking of a minor, and attempt - 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notice of forfeiture

[redacted]

Filed in open court this 24th day,
Of September A.D. 20 26

Fo[redacted]

Bail, $__________